[ No. 25962-1-II.   Division Two.   November 9, 2001.]

GEORGE REMUND, ET AL., *Respondents*, v. JAMES L. STROUD, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-2-01400-2, Stephen M. Warning, J., entered May 12, 2000. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 25973-7-II.   Division Two.   November 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY SCOTT MESSER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 00-8-00094-9, William G. Knebes, J. Pro Tem., entered May 24, 2000. *Reversed* by unpublished opinion per Morgan, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 26014-0-II.   Division Two.   November 9, 2001.]

RUSSELL O. TERRY, ET AL., *Appellants*, v. THE CITY OF TACOMA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-13491-4, Arthur W. Verharen, J., entered May 5, 2000. *Remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, A.C.J., and Seinfeld, J. Now published at 109 Wn. App. 448.

[No. 26016-6-II.   Division Two.   November 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN L. SWENSON, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Apeals dated August 23, 2002. Substitute opinion filed. See 113 Wn. App. 1022.